# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARLENE CHERCHAR,<br>　　Plaintiff(s),<br>v.<br>GEICO ADVANTAGE INSURANCE COMPANY,<br>　　Defendant(s). | Case No.: 2:19-cv-00283-JCM-NJK<br><br>**Order** |

Each non-governmental party is required to file a certificate of interested parties concurrently with its first appearance in a case. Fed. R. Civ. P. 7.1(b)(1); Local Rule 7.1-1(c). Defendant failed to file a certificate of interested parties. Accordingly, Defendant must file a certificate of interested parties no later than March 12, 2019.

IT IS SO ORDERED.

Dated: March 6, 2019

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1