**GEORGE M. RANALLI, ESQ.**
Nevada Bar No. 5748
**RANALLI ZANIEL FOWLER & MORAN, LLC**
2400 W. Horizon Ridge Parkway
Telephone: (702) 477-7774
Facsimile: (702) 477-7778
ranalliservice@ranallilawyers.com
Attorneys for Defendant
GEICO ADVANTAGE INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MARLENE CHERCHAR, <br><br> Plaintiff, <br><br> v. <br><br> GEICO ADVANTAGE INSURANCE COMPANY, a foreign corporation, DOES I through X, inclusive, ROE CORPORATIONS 1-10, inclusive, <br><br> Defendants | **CASE NO.: 2:19-CV-00283** <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, MARLENE CHERCHAR, and Defendants, GEICO ADVANTAGE INSURANCE COMPANY, by and through their respective attorneys of record, that all Plaintiff's claims in this matter against the Defendants, be dismissed with prejudice, with each of the parties to pay their own attorney fees and costs herein incurred.

///

It is Further Stipulated that any Trial Currently Scheduled, be Vacated.

Dated: July 12, 2019                    Dated: July 12, 2019


/s/ George Ranalli                      /s/ Kirk Kennedy
_____                 _____
GEORGE M. RANALLI, ESQ.                 KIRK T. KENNEDY, ESQ.
Nevada Bar No. 5748                     Nevada Bar No. 5032
2400 W. Horizon Ridge Parkway           815 S. Casino Center Blvd.
Henderson, Nevada 89052                 Las Vegas, NV 89101
Attorneys for Defendant                 Attorney for Plaintiff


**ORDER**

IT IS SO ORDERED:

Dated: July 12, 2019

_____
UNITED STATES DISTRICT JUDGE